[No. 31694-7-III.   Division Three.   November 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JASEN L. BERTRAM, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 12-1-00230-5, Alicia H. Nakata, J., entered April 24, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32254-8-III.   Division Three.   November 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES C. AUSTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 13-1-00048-3, Ted W. Small, J., entered January 27, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32461-3-III.   Division Three.   November 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO JAVIER SORIA-NANAMKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-01399-9, Ruth E. Reukauf, J., entered May 5, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32655-1-III.   Division Three.   November 10, 2015.]

MARISA WUNDERLICH ET AL., *Respondents*, v. JOHN P. ROUSE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-03767-4, Maryann C. Moreno, J., entered July 15, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.